**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAINT DEJUAN MOORE,

10               Petitioner,                        No. C 07-04736 JSW

11       v.

12   BEN CURRY, Warden,                             **ORDER (1) GRANTING
                                                    APPLICATION TO PROCEED *IN***
13               Respondent.                        ***FORMA PAUPERIS* AND (2) TO
                                     /              SHOW CAUSE**

14

15       Movant Saint DeJuan Moore ("Petitioner"), a state prisoner, has filed a petition for a

16   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court HEREBY ORDERS that

17   Petitioner's application to proceed *in forma pauperis* is GRANTED.

18                                   **BACKGROUND**

19       Petitioner was convicted by a jury in the Superior Court of the State of California in and

20   for the County of Alameda for attempted second degree robbery.  (Penal Code §§ 211,

21   12022.7(a)).

22                                   **DISCUSSION**

23       **A.    Petitioner's Legal Claims.**

24       Petitioner seeks federal habeas corpus relief by raising the following claims:

25       (1) the prosecutor's misconduct in commenting on Petitioner's failure to testify violated

26   the Petitioner's Fifth Amendment right to remain silent; (2) the Petitioner's constitutional rights

27   were violated by the prosecutor's misconduct in assuring the jury that the presumption of

28   innocence disappears at the close of evidence; (3) the Petitioner's constitutional rights were

**United States District Court**
For the Northern District of California

1  violated by the prosecutor's misconduct in vouching for her witness' credibility; (4) and the

2  Petitioner's constitutional rights were violated by the prosecutor's misconduct in suggesting to

3  the jury that Petitioner would prey on others if he were acquitted.  Liberally construed, the

4  claims appear potentially colorable under 28 U.S.C. § 2254 and merit an answer from

5  respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1.    Petitioner's application to proceed *in forma pauperis* is GRANTED.

2.    Petitioner shall serve by certified mail a copy of this order and the petition and
all attachments thereto upon respondent.

3.    Respondent shall file with the court and serve on petitioner, within 60 days of the
date of this order, an answer conforming in all respects to Rule 5 of the Rules Governing
Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.
Respondent shall file with the answer and serve on Petitioner a copy of all portions of the
administrative record that are relevant to a determination of the issues presented by the petition.

4.    If Petitioner wishes to respond to the answer, he shall do so by filing a traverse
with the Court and serving it on respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: October 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2