EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY
Deputy Attorney General
State Bar No. 162823
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5960
  Fax: (415) 703-1234
  Email: juliet.haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAINT DEJUAN MOORE,** | C 07-04736 JSW |
| Petitioner, | **RESPONDENT'S ANSWER TO THE COURT'S ORDER TO SHOW** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

Respondent hereby provides this Answer to the Order to Show Cause why the petition should not be granted.

**I.**

**CUSTODY**

Petitioner Saint Djuan Moore is lawfully in the custody of respondent within the meaning of the federal habeas corpus statute, 28 U.S.C. §§ 2241(c)(3) and 2254(d), pursuant to a valid judgment of the Alameda County Superior Court, an Alameda County jury having found petitioner guilty of attempted robbery and of assault. The court also found that petitioner had previously suffered a prior conviction. On January 13, 2003, the superior court sentenced petitioner to 5

1    years four months in state prison.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his state remedies as to the claims herein presented and the petition is timely. 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief. Specifically, respondent denies: (1) the prosecutor's misconduct in commenting on Petitioner's failure to testify violated his Fifth Amendment right to remain silent; (2) the Petitioner's constitutional rights were violated by the prosecutor's misconduct in assurming the jury that the presumption of innocence disappears at the close of evidence; (3) the Petitiner's constitutional rights were violated by the prosecutor's misconduct in vouching for her witness' credibility; and (4) the petitioner's rights were violated by the prosecutor's misconduct in suggesting to the jury that Petitioner would prey on others if he were acquitted.

Respondent last asserts that none of these claims entitle petitioner to relief because he has failed to establish that the state court's denial of these claims was either an unreasonable application of clearly established Federal law as determined by the United States Supreme Court or resulted in a decision based on an unreasonable determination of the facts in light of the evidence presented to the state courts. Respondent incorporates by reference the accompanying memorandum of points and authorities in support of this denial.

## IV.

## TRANSCRIPTS AND RECORDS

Copies of the transcript of petitioner's trial together with copies of the briefs filed on direct appeal have been lodged with this Court. These documents constitute all relevant documents and hearing transcripts necessary for this Court's decision. So far as respondent is aware, all relevant state reported proceedings have been transcribed. Rule 5, Rules Governing Section 2254 Case.

**CONCLUSION**

Accordingly, respondent respectfully requests that the petition be denied.

Dated:  December 7, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Juliet B. Haley

JULIET B. HALEY
Deputy Attorney General

Attorneys for Respondent

JBH:jw
40194544.wpd
SF2007402709