1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAINT DEJUAN MOORE,** | C 07-04736  JSW |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

Respondent hereby submits the following exhibits to be lodged with the Clerk of the Court in support of the Answer and supporting memorandum.

**RESPONDENT'S INDEX TO LODGED EXHIBITS**

EXHIBIT A:  Clerk's Transcript (2 Volumes);

EXHIBIT B:  Reporter's Transcript

– Reporter's Transcript (11 Volumes);

– Reporter's Transcript - Augmentation (5 Volumes);

EXHIBIT C:  State Court Opinion;

EXHIBIT D:  Petition for Review and Order Denying Petition for Review;

Notice Of Lodging Of, And Index To, Exhibits - *Moore v. Curry* - C 07-04736  JSW

1

1     EXHIBIT E:   Appellant's Brief;

2     EXHIBIT F:   Respondent's Brief;

3     EXHIBIT G:   Petition for Rehearing

4        Dated: December 6, 2007

5                 Respectfully submitted,

6                 EDMUND G. BROWN JR.
                   Attorney General of the State of California

7                 DANE R. GILLETTE
                   Chief Assistant Attorney General

8                 GERALD A. ENGLER

9                 Senior Assistant Attorney General

10                PEGGY S. RUFFRA
                 Supervising Deputy Attorney General

11

12               /s/ Juliet B. Haley

13                JULIET B. HALEY
                 Deputy Attorney General

14                Attorneys for Respondent

15

16    40194340.wpd
     SF2007402709

17

18

19

20

21

22

23

24

25

26

27

28