Walter K. Pyle (Bar No. 98213)
2039 Shattuck Avenue, Suite 202
Berkeley, CA  94704-1116
(510) 849-4424
*Attorney for Petitioner*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAINT DEJUAN MOORE,

    *Petitioner,*

v.

BEN CURRY, Warden,

    *Respondent.*

No. **C 07-4736 JSW**

**APPLICATION TO FILE TRAVERSE INSTANTER**

The undersigned is counsel for petitioner Saint Dejuan Moore, and asks the court for leave to file instanter the petitioner's Traverse, and states as follows:

1. The traverse was due January 6, 2008 based on previous scheduling orders of the court.

2. The due date for the Traverse did not appear on counsel's calendar for that date or any other date.  The calendaring may have been lost when counsel changed computers and installed a new operating system in late December.  The error was discovered on a routine examination of the file in this case.

3. The completed Traverse is submitted with this application.  Counsel for the State, Juliet B. Haley, Deputy Attorney General (415) 703-5960, states she has no opposition to this late filing, and I know of no prejudice which would result from the granting of this application.

I declare under of penalty of perjury that the foregoing is true and correct.

January 18, 2008

                                               **/s/ Walter K. Pyle**
                                                     *Walter K. Pyle*