### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAINT DEJUAN MOORE,

                              *Petitioner,*

               v.

BEN CURRY, Warden,

                            *Respondent.*

No. **C 07-4736 JSW**

**ORDER GRANTING APPLICATION TO FILE TRAVERSE INSTANTER**

      This matter coming on for hearing on petitioner's application for leave to file his Traverse instanter, and the court being fully advised in the premises,

      IT IS HEREBY ORDERED that petitioner is granted leave to file his Traverse instanter.

Dated:

                                                                *Judge*