IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAINT DEJUAN MOORE,

                *Petitioner,*

    v.                          No. **C 07-4736 JSW**

BEN CURRY, Warden,            **ORDER GRANTING APPLICATION TO FILE TRAVERSE INSTANTER**

                *Respondent.*

    This matter coming on for hearing on petitioner's application for leave to file his Traverse instanter, and the court being fully advised in the premises,

    IT IS HEREBY ORDERED that petitioner is granted leave to file his Traverse instanter.

Dated:    January 28, 2008

                                                                    *Jeffrey S. White*
                                                                           *Judge*